| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Daniel**<br>First name<br><br>**Lee**<br>Middle name<br><br>**Bendix**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2741 | |

Debtor 1  **Daniel Lee Bendix** _____   Case number *(if known)* _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| 5. | **Where you live** | **1811 Brookshire Circle**<br>**Melbourne, FL 32904**<br>Number, Street, City, State & ZIP Code<br><br>**Brevard**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1    Daniel Lee Bendix                              Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Daniel Lee Bendix**    Case number *(if known)*

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.  What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 4

Debtor 1    **Daniel Lee Bendix**                Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**About Debtor 1:**

*You must check one:*

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

    ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

    ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

    ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

    ☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Daniel Lee Bendix__                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

    **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        ■ No. Go to line 16b.
        ☐ Yes. Go to line 17.

    **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        ☐ No. Go to line 16c.
        ■ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts
        _____

**17.** **Are you filing under Chapter 7?**

    ☐ No. I am not filing under Chapter 7. Go to line 18.

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        ■ No
        ☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Daniel Lee Bendix                                                   _____
**Daniel Lee Bendix**                                                   Signature of Debtor 2
Signature of Debtor 1

Executed on __November 3, 2023__                        Executed on _____
              MM / DD / YYYY                                                                MM / DD / YYYY

Debtor 1  **Daniel Lee Bendix**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Michael Faro**              Date  **November  3, 2023**
Signature of Attorney for Debtor         MM / DD / YYYY

**Michael Faro 758981**
Printed name

**Faro & Crowder**
Firm name

**700 N Wickham Road**
**Suite 205**
**Melbourne, FL 32935**
Number, Street, City, State & ZIP Code

Contact phone  **321-784-8158**        Email address  **ahinkley@farolaw.com**

**758981 FL**
Bar number & State

Daniel Lee Bendix
1811 Brookshire Circle
Melbourne, FL 32904

Advantage Capital Funding
104 E 25th St.
New York, NY 10010

Archangel Engineering
& Construction
485 Gus Hipp Blvd.
Rockledge, FL 32955

Michael Faro
Faro & Crowder
700 N Wickham Road
Suite 205
Melbourne, FL 32935

Alicia Camille Latty
223 Manly Ave
Sebastian, FL 32958

Arnold & Burguieres
1701 Dr. M L King Jr. St. N
Saint Petersburg, FL 33704

22nd Century Technologies
220 Davidson Ave, Ste. 118
Somerset, NJ 08873-4144

All Water Services
PO BOX 578
Groveland, FL 34736

Brevard Realty Investments
1311 Bedford Dr.R
Melbourne, FL 32940

3MG Roofing
1127 Solana Ave
Winter Park, FL 32789

American Builders and
Contractors Supply Co Inc
1 ABC Parkway
Beloit, WI 53511

Capio Partners, LLC
Attn: Bankruptcy
Po Box 3498
Sherman, TX 75091

ABC Supply Co Inc
1001 W Cypress Creek Rd
Suite 203
Fort Lauderdale, FL 33309

AmeriHome Mortgage
Attn: Bankruptcy
1 Baxter Way, Suite 300
Thousand Oaks, CA 91362

Carmen Amores Crane
748 Rostock Circle NW
Palm Bay, FL 32907

Adams and Reese LLP
100 North Tampa St., Suite 4
Suite 4000
Tampa, FL 33602

Amscot Corporation
600 N. Westshore Blvd. #1200
Tampa, FL 33609

Carrie Chapman
6191 Anchor Ln
Rockledge, FL 32955

Advanced Collection Bureau
1535 North Cogswell Street,
 Suite B-8
Po Box 560063
Rockledge, FL 32956

Anders Bergmann
704 Cocoa Isle Blvd.
Cocoa Beach, FL 32932

Chrysler Capital
Po Box 961211
Fort Worth, TX 76161

Advanced Collection Bureau
1535 North Cogswell Street,
Suite B-8
Po Box 560063
Rockledge, FL 32956

Angela W Little
1110 Ashlyn Dr.
Melbourne, FL 32904

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Advanced Collection Bureau
1535 North Cogswell Street
 Suite B-8
PO Box 560063
Rockledge, FL 32956

Aqua Seekers LLC
1734 SW Millikin Ave
Port Saint Lucie, FL 34953

Curz n gold
195 Coastal Ln
Melbourne, FL 32904

Dale Cannon
748 Rostock Circle NW
Palm Bay, FL 32907

Gotta Go Geen
PO Box 5375
Vero Beach, FL 32961

Jose R Colon
612 Cannon Ridge Dr
Orlando, FL 32818

Daniel Pittman
1560 Jacobin St. NW
Palm Bay, FL 32907

H & E Equipment
7500 Pecue Lane
Baton Rouge, LA 70809-5107

Karmin Belle
8003 Lake Nellie Rd.
Clermont, FL 34714

East Coast Lumber
308 Avenue A
Fort Pierce, FL 34950

Handy Mangum
303 Hickory D.
Longwood, FL 32779

Kia Motors Finance
Attn: Bankruptcy
Po Box 20825
Fountain Valley, CA 92728

Eau Gallie electric
2012 Aurora Rd.
Melbourne, FL 32935

HEED Financial Services
4 Princess Ct.
Holmdel, NJ 07733

Kikoff Lending Llc
Attn: Bankruptcy
75 Broadway Suite 226
San Francisco, CA 94111

Edfinancial Services
Attn: Bankruptcy
P.O.Box 36014
Knoxville, TN 37930

Jaks Design and Project
Management Inc.
1811 Brookshire Circle
Melbourne, FL 32904

Lynn Jackson
126 Riviere Rd
Cocoa Beach, FL 32931

Erik Hughes
1607 River View Dr
Melbourne, FL 32901

Jaks Wrecker
5101 W. EAU GALLIE BLVD
Melbourne, FL 32934

Mark Larsen
1921 Jacques Dr.
Melbourne, FL 32940

Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Doral, FL 33166

James Peek
3857 Horse Creek Circle
Melbourne, FL 32935

Megan Davis
4146 Catgrass Ln
Melbourne, FL 32904

Financial Pacific Leasing
3455 S 344th Way
Suite 300
Federal Way, WA 98001

Jerry Joyner
1213 Southwest Jacqueline Av
Port Saint Lucie, FL 34983

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Fletchers Hauling
PO Box 500372
Malabar, FL 32950

John Sheffey
3080 SW Segovia St
Port Saint Lucie, FL 34983

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Nelnet
Attn: Bankruptcy Claims
Po Box 82505
Lincoln, NE 68501

Oklahoma Student
Loan Authority
Attn: Bankruptcy
P.O. Box 18475
Oklahoma City, OK 73154

Owens Marfit Artisan
413 Bamboo Ln.
Melbourne, FL 32935

Paradise Garage doors
215 N Tropical Trail
Merritt Island, FL 32953

Patrick O Lacsina Law Office
215 North 5th St
Suite 1
Harrison, NJ 07029

Peay's Electric
7790 Industrial Rd,
Melbourne, FL 32904

Pence Septic Systems
3160 Dixie Highway NE
Palm Bay, FL 32905

Pioneers Roofing
1809 E Broadway St
Suite 353
Oviedo, FL 32765

PNC Bank NA
PO Box 3180
Pittsburgh, PA 15230

Prime Electric
550 Holts Lake Ct.
Suite 101
Apopka, FL 32703

Quick Books
2632 Marine Way
Mountain View, CA 94043

Regional Acceptance Corp
Attn: Bankruptcy
1424 East Fire Tower Road
Greenville, NC 27858

Ring Power
PO Box 935004
Atlanta, GA 31193

Robert Dietz
905 Great Bend Rd.
Altamonte Springs, FL 32714

Robert Harvey
29 River Side Dr.
Unit 601
Cocoa, FL 32922

Space Coast Credit Union
Attn: Bankruptcy
8045 N Wickham Road
Melbourne, FL 32940

Spherion Staffing LLC
PO Box 742344
Atlanta, GA 30374-2344

Suszan Witman
2640 Lakehill Rd.
Melbourne, FL 32934

The Sherwin-Williams Co
101 W. Prospect Ave
Cleveland, OH 44115

Titan Florida LLC
c/o The Barthet Firm
 200 S Biscayne Blvd Ste 165
Miami, FL 33131

Tucker, Albin & Assoc.
1702 N Collins Blvd.
Suite 100
Richardson, TX 75080

Ursula White
5810 Old Dixie Hwy
Grant, FL 32949

Vive Financial
Attn: Bankruptcy
380 Data Drive, Suite 200
Draper, UT 84020

Volk Law Offices
1901 S Harbor City Blvd.
Suite 700
Melbourne, FL 32901

Walter Bostwick
278 Stallion Street SE
Palm Bay, FL 32909