UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

IN RE: DANIEL LEE BENDIX

Debtor, SS#-2741

# FILED

DEC 18 2023

Clerk, U.S. Bankruptcy,
Orlando Division

CASE NO: 6:23-BK-04674-GER

MOTION TO OPPOSE DISCHARGE OF DEBT BASED ON FRAUD PURSUANT TO 11 U.S.C. SECTION 727
(A)(2) THROUGH (7)

COMES NOW, ALICIA LATTY, PRO SE, and files this objection to Daniel Lee Bendix petition for discharge
of debt for the following reasons:

1.  On June 6, 2020, I entered into a contract with Jaks Designs and Project Management, owned by
    Daniel Lee Bendix, contractor to provide blueprint service for an addition to my residence
    located at 223 Manly Avenue, Sebastian, FL 32958.

2.  On March 11, 2021, Mr. Bendix assured me that he had the competency, capacity, and
    capability to complete my project in a timely manner. Mr. Bendix then requested and received a
    check for the value of $25,000.00 to initiate the project. This payment was scheduled to be used
    across the entire project, covering employee and materials costs. See Check #241 attached.

3.  On August 19, 2022, Mr. Bendix requested and received $12,498.51 for trusses. But the trusses
    were never built or delivered. See Check #321 attached.

4.  On July 21, 2023, Mr. Bendix requested an additional $7,499.00 money for trusses. When I
    asked why I was paying for trusses again, he stated that the first payment was a down payment.
    I paid another $7,499.00 with Check #431 for floor and roof trusses. Bringing the amount paid
    for trusses to $19,997.51.

5.  Mr. Bendix invoiced the trusses at $24,997.01. After paying $19,997.51, the remaining $4,999.50
    would be taken from the initial $25,000.00 deposit.

6.  When no Trusses were delivered this time, I called Tibbetts Lumber Company, LLC and learned
    that the trusses were only $11,554.00 and that Mr. Bendix never sent them the money for the
    trusses. They were in contact with Mr. Bendix, but he never sent the money or make a deposit

on the trusses as he stated to me, in a clear lie. He then actively avoided paying or contacting Tibbetts Lumber Company. The Tibbetts Lumber Company failed communications is attached.

7. During the time Mr. Bendix worked on the property, we failed inspections over thirteen times. The faulty work completed by Mr. Bendix required extensive and costly rework by a new team.

8. He removed materials that I purchased for the project from my property and never returned them.

9. He failed to pay his subcontractors which resulted in liens being placed on my property. I still have a lien that has not been removed from the property that he promised to take care of right before he filed bankruptcy. The lien is attached.

10. I filed a complaint against Mr. Bendix with the Department of Business and Professional Regulation in Tallahassee and an investigation is ongoing. In fact, Nolan Wilson, the investigator tried contacting Mr. Bendix several times, but he did not respond, evading his calls. Eventually, Mr. Bendix was informed that he was under investigation and filed for bankruptcy.

11. Mr. Wilson, was notified about Mr. Bendix's bankruptcy filing, which Mr. Bendix submitted immediately after being notified of the investigation. Please see attached copy of complaint.

12. Mr. Bendix has shown clear intent to hinder, delay, and defraud me of both services and money.

13. It is apparent that under section (a) (2) which states that the debtor, with the intent to hinder, delay, or defraud a creditor... It is apparent that Mr. Bendix received at least $24,997.01 only weeks before filing the bankruptcy and did not pay his employees or use the money for the purpose intended to purchase trusses or fix my residence, therefore he is trying to defraud a creditor by hiding the money and pretending that he is bankrupt. He has received over $75,000 from me to do work on my home. See Attached paperwork regarding the complaint and the contact information for the investigator.

14. Before this point, in a face-to-face meeting I requested a completion of services already paid for or a refund from Mr. Bendix, weeks before he filed for bankruptcy. Mr. Bendix promised to make it right, and he promised to do the right thing.

15. After reaching out again, Mr. Bendix stated you will receive paperwork in the mail. I then received the bankruptcy paperwork.

16. In the comments and reviews section for Jaks Designs and Project Management, other clients have made similar complaints about misappropriated, or stolen funds. This shows a clear pattern of criminal conduct by Mr. Bendix.

17. With little consideration, Mr. Bendix had every intention to defraud me of my hard-earned income and wants to use the bankruptcy code to behave with criminal intent.

Wherefore, I humbly request that the Court review the paperwork submitted and deny his request for bankruptcy regarding me as a creditor.

Respectfully submitted,

Alicia Camille Latty

 **Florida** Department of Business & Professional Regulation

Ron DeSantis, Governor
Melanie Griffin , Secretary

November 1, 2023

**Alicia Camille Latty**
223 Manly Ave.
Sebastian, FL 32958
Email: alicialatty@hotmail.com

RE:     Case Number: 2023059832

        Subject: Daniel Bendix
        License Number: FRO10436

Dear **Alicia C Latty**:

As a result of your complaint regarding Daniel Bendix an investigation has been initiated. This letter is to notify you that I will be the investigator responsible for this case.

You may contact me at the address and telephone number shown below.

Thank you for your assistance in this matter.

Sincerely,

*Nolan Wilson*

Nolan Wilson - Investigator Specialist II
Regional Office VIII
111 South Sapodilla Ave. #104
West Palm Beach, FL 33401
Phone: 561.650.6887   Fax: 561.650.6913

Invoice 1364 from Daniel L. Bendix

JAKS Designs & Project Management <quickbooks@notification.intuit.com>
Thu 8/18/2022 6:34 PM
To: alicialatty@hotmail.com <alicialatty@hotmail.com>

INVOICE 1364 DETAILS



JAKS
Designs & Project Management

## JAKS Designs & Project Management

**DUE 08/18/2022**

# $12,498.51

Review and pay

Powered by QuickBooks

Dear Alicia Camille Latty,

Here's your invoice! We appreciate your prompt payment.

Thanks for your business!
Daniel L. Bendix

12/15/23, 8:31 PM

**Bill to**

Alicia Camille Latty
223 manly ave
Sebastian, FL 32958 USA

**Terms**

Due on receipt

08/18/2022

trusses

0.50 X $24,997.01                                    $12,498.51

| | |
|---|---|
| Subtotal | $12,498.51 |
| Tax | $0.00 |
| Total | $12,498.51 |
| Balance due | $12,498.51 |

50 % deposit on trusses. invoice sent with engineering

Review and pay

JAKS Designs & Project Management

3150 N Wickham Rd Ste 3 Melbourne, FL 32935 US

Dan.bendix@outlook.com

If you receive an email that seems fraudulent, please check with the business owner before paying.



© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service

# New Payment Receipt from JAKS Designs & Project Management

Daniel Bendix <dan.bendix@icloud.com>
Fri 8/19/2022 10:31 PM
To: alicialatty@hotmail.com <alicialatty@hotmail.com>

**Payment Summary**
Amount: $12,498.51

Invoices paid:
#1364      $12,498.51

Daniel L. Bendix
CEO / Engineer
JAKS Designs and Project Management
321.241.5930

**TIBBETTS**
LUMBER CO. LLC
BUILDING THE FUTURE — RESTORING THE PAST

Palm Bay
2820 Kirby Circle
Phone: 1-321-409-9800

**Delivered Order**

| | |
|---|---|
| Order No | 50245 5 |
| Order Date | 09/18/2023 23 |

**Invoice Address**
CASH ACCOUNT - STEVE BRANTLEY
FL

**Delivery Address**
CASH ACCOUNT - STEVE BRANTLEY
ALICIA LATTY
223 MANLY AVE
SEBASTIAN, FL, 32958

| | |
|---|---|
| Customer | CASHSTB  B |
| Contact Name | |
| Contact Number | |
| Job | |
| Your Ref | |
| Delivery | By 09/18/23  3 |
| Taken By | Angela Taylor |
| Sales Rep | Steve Brantley |



Page 1 of 1

| Special Instructions | Notes |
|---|---|
| | |

| Line | Product Code | Description | Qty/Footage | Price | UOM | Total |
|---|---|---|---|---|---|---|
| 1 | zz_SOTRUSS_0876 | SPECIAL ORDER TRUSS | 1   ea | 10,852.83 | ea | 10,852.83 |

ALL AR invoices paid by credit/debit card
will be subject to a 3% convenience fee.

| Payment Method | Amount Received |
|---|---|
| Visa | $10,736.00 |
| Visa | $818.00 |
| Amount Outstanding | $0.00 |

| | |
|---|---|
| Total Amount | $10,852.83 |
| Sales Tax 7.00% | $701.17 |
| Order Total | $11,554.00 |

Past due amounts accrue interest at the rate of 1.5% per month. CUSTOMER assumes full responsibility for all Goods, including but not limited to, place and
method of delivery, handling, storage and risk of loss or damage from any cause

**SEE REVERSE SIDE FOR TERMS OF SALE**

DISCLAIMER:  The common or nomial description or industry recognized description of Lumber an Other Products sold by Tibbetts Lumber may not represent the
actual size or description of the item.