**ORDERED.**

**Dated: September 06, 2024**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Daniel Lee Bendix,

    Debtor.
_____/

Case no. 6:23-bk-04674-GER

Chapter 7

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
**(No Hearing, Doc. 33)**

THIS CASE came on for consideration, without hearing, on the Motion to Withdraw as Counsel for Debtor Daniel Lee Bendix (Doc. 33, hereinafter "Motion") filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court considers the Motion uncontested because no party filed an objection. Accordingly, it is **ORDERED**:

1. The Motion (Doc. 33) is **GRANTED**.

2. Michael Faro and the law firm of Faro & Crowder, PA are relieved of further responsibility in this case as counsel for Debtor Daniel Lee Bendix.

3. Parties should serve all future correspondence and pleadings on Daniel Lee Bendix at:

Daniel Lee Bendix
4909 Parkview Court
Tallahassee, FL 32311

Attorney Michael Faro is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.